UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HENRY AMARILLAS )<br>)<br>Defendant. ) | 2:99-CR-331-RFB-1 |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#40) on March 15, 2000. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CROWN AND ANCHOR BAR
Amount of Restitution: $1,408.00

Name of Payee: FINNEGANS PUB
Amount of Restitution: $3,815.00

Name of Payee: LOOSE CABOOSE BAR
Amount of Restitution: $20,817.00

**Total Amount of Restitution ordered: $26,040.00**

Dated this ____3____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE